# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **JONNNY R. HERRON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13CV00001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CAROLYN W. COLVIN, ACTING** | ) | By: James P. Jones |
| **COMMISSIONER OF SOCIAL** | ) | United States District Judge |
| **SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff has filed a timely Objection to the Magistrate Judge's Report and Recommendation in this Social Security disability case. I must review the aspects of the report to which the plaintiff objects de novo, and either "accept, reject, or modify, in whole or in part, the findings or recommendations" made by the magistrate judge. 28 U.S.C.A. § 636(b)(1) (West Supp. 2013).

After careful consideration, I will overrule the plaintiff's Objection for the reasons stated by the Commissioner of Social Security in her response. Accordingly, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED;

2. The Objection by the plaintiff is OVERRULED;

3. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

4. The final decision of the Commissioner is AFFIRMED.

A separate judgment shall be entered.

ENTER: April 23, 2014

/s/ James P. Jones
United States District Judge