# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **JONNNY R. HERRON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13CV00001 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) | By: James P. Jones United States District Judge |
| | ) | |
| Defendant. | ) | |

In accord with the Order entered herewith, it is **ADJUDGED AND ORDERED** that final judgment is hereby GRANTED to the Commissioner of Social Security, the defendant herein.

ENTER: April 23, 2014

/s/ James P. Jones
United States District Judge